**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000684
01-NOV-2024
08:17 AM
Dkt. 7 OAWST**

NO. CAAP-24-0000684

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

LISA VARES; PINEAPPLE PARADISE RENTALS, LLC;
RUMI DOHERTY, TRUSTEE OF THE JAMES AND RUMI DOHERTY FAMILY TRUST;
and BRETT A. ROSSELLI,
TRUSTEE OF THE ROSS FAMILY REVOCABLE TRUST,
Plaintiffs-Appellees, v.
ASSOCIATION OF APARTMENT OWNERS OF KAMAOLE SANDS,
a Hawaii nonprofit corporation,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-24-0000057)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Defendant-Appellant's Notice of Appeal Filed on October 18, 2024 with Prejudice (Stipulation), filed October 25, 2024, by Defendant-Appellant Association of Apartment Owners of Kamaole Sands, the papers in support, and the record, it appears that (1) the filing fees have been paid and the appeal has not been docketed; (2) under Hawai‘i Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, November 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge